### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

DUSTIN NEAL BROWN,                                                                                          PLAINTIFF
ADC #105750

v.                                            NO. 4:12CV00037 JLH

FRED C. KIRKPATRICK, *et al.*                                                                        DEFENDANTS

### JUDGMENT

Pursuant to the Order filed this date, judgment is entered dismissing this case with prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

DATED this 23rd day of February, 2012.

*[signature: J. Leon Holmes]*
_____
UNITED STATES DISTRICT JUDGE