**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

DUSTIN NEAL BROWN,                                                      PLAINTIFF
ADC #105750

v.                                     NO. 4:12CV00037 JLH

FRED C. KIRKPATRICK, *et al.*                                     DEFENDANTS

**JUDGMENT**

Pursuant to the Order filed this date, judgment is entered dismissing this case with prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the Order and Judgment dismissing this action is considered frivolous and not in good faith.

DATED this 23rd day of February, 2012.

*J. Leon Holmes*
_____
UNITED STATES DISTRICT JUDGE